UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22402-CIV-HUCK/WHITE

STEVEN SAINTVIL,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.

_____/

**ORDER ON REPORT OF MAGISTRATE JUDGE AND
REMANDING FOR FURTHER PROCEEDINGS**

THIS CAUSE comes before the Court upon the Report of the Honorable Patrick A. White, United States Magistrate Judge, filed March 25, 2008 (D.E. #17). Magistrate Judge White's Report concludes that Petitioner failed to exhaust his state court remedies because an affidavit containing a statement by Ms. Dana Dorus, which was included in his Petition for Writ of Habeas Corpus, was not presented to the state court. Petitioner has filed a written objection (D.E. #18) which states that Ms. Dorus' statements were presented to the state court. However, as Magistrate Judge White's Report notes, Ms. Dorus' affidavit was signed on March 23, 2007, which was several months after the state court's denial of Petitioner's motion for post-conviction relief. (*See General Affidavit of Dana Dorus* and *Order Denying Motion for Post-Conviction Relief*, each attached to the *Petition for Writ of Habeas Corpus*, D.E.#1). Even if the same or similar statements contained in the affidavit were somehow revealed to the state court, the affidavit was not presented to the state court.

Having reviewed *de novo* the Report, the record, and being otherwise duly advised, this Court agrees with Magistrate Judge White's Report that the affidavit attached to the Petition for Writ of Habeas Corpus in this case arguably amounts to materially different and stronger evidence than was presented to the state court. Therefore, if the Petition includes Ms. Dorus' affidavit, it would have to be dismissed without prejudice (except as to the federal statute of limitations or any other procedural defense which may apply) for failure to exhaust state court remedies. Nevertheless, because Petitioner agreed in his objection to withdraw this affidavit, it is hereby,

ORDERED that this matter is REMANDED to Magistrate Judge White for an evaluation of the Petition without consideration of Ms. Dorus' affidavit.

DONE in Chambers, Miami, Florida, this 5th day of June, 2008.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge Patrick A. White
Counsel of Record